O’NIELL, C. J.
 

 This is a suit for damages for slander. Tbe case was tried by a jury, wbo rejected tbe demand. Tbe plaintiff bas appealed.
 

 Tbe parties to tbe suit, wbo are farmers and immediate neighbors, bad a quarrel, in which, it is alleged, tbe defendant used slanderous language, in tbe presence of tbe plaintiff’s two children and a colored farm band. Wherefore, tbe plaintiff claims $3,000 damages. Tbe claim is so exaggerated that we have concluded -to transfer tbe case to tbe Court of Appeal, which bas exclusive appellate jurisdiction of such cases when tbe amount in contest does not exceed $2,000. Tbe Supreme Court bas jurisdiction of such a suit when tbe plaintiff is serious in claiming more than $2,000.
 

 It is ordered that this appeal be transferred to the Court of Appeal, First Circuit. Tbe appellant is to pay tbe costs of tbe present appeal. All other court costs are to abide tbe final judgment.